# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DIANNE EYSINK

VERSUS

LOUISIANA COMMUNITY AND
TECHNICAL COLLEGE SYSTEM, ET
AL

NO.  2019 CW 0897

**OCT 2 8 2019**

---

In Re:    Louisiana Community and Technical College System,
          applying for supervisory writs, Office of Workers'
          Compensation, District 5, No. 18-02665.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The Office of Workers' Compensation's June 13, 2019 judgment, which denied the motion to recuse filed by the Louisiana Community & Technical College System, is vacated. The motion set forth a valid ground for recusation, and we hereby remand this matter to the Office of Workers' Compensation for referral to another workers' compensation hearing officer to consider and rule on the motion to recuse. See La. Admin Code tit. 40, Pt I, §5525; La. Code Civ. P. art. 151(A)(4); see also **Disaster Restoration Dry Cleaning, L.L.C. v. Pellerin Laundry Machinery Sales Co., Inc.,** 2005-0715 (La. 4/17/06), 927 So.2d 1094, 1097.

                              **TMH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT